■ JOHN P. MORRISON, Respondent, v CHRISTA CONSTRUC- TION, INC., et al., Appellants, et al., Defendants. (Appeal No. 1.) [758 NYS2d 576] —Appeal from an order of Supreme Court, Erie County (Fahey, J.), entered December 18, 2001, which, inter alia, granted plaintiff's motion seeking partial summary judg- ment on liability on the cause of action alleging a violation of Labor Law § 240 (1).

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985 [1990]). Present—Wisner, J.P., Hurlbutt, Scudder, Kehoe and Lawton, JJ.